Thomas C. Horton
113 Tedman Ct
Elyria, OH 44035

aclc

Civil Dept
US District Court
2 S Main St
Akron, OH 44308

Thomas C. Horton
113 Tedman Ct
Elyria, OH 44035

addition

Civil Dept.
US District Court
2 S. Main St
Akron, OH 44308

